CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
ERIC C. SCHMALE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
eric.schmale@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN LEWIS,<br><br>Defendant. | Case No. 2:20-cr-00197-RFB-BNW<br><br>**Unopposed Motion to Dismiss Indictment Without Prejudice** |

The United States of America, by CHRISTOPHER CHIOU, Acting United States Attorney for the District of Nevada, and ERIC SCHMALE, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought against defendant JUSTIN LEWIS contained in the Indictment in case number 2:20-cr-00197-RFB-BNW. The government has confirmed that defense counsel does not oppose this motion.

Respectfully submitted this 15th day of April, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Eric Schmale*
ERIC C. SCHMALE
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00197-RFB-BNW |
| Plaintiff, | **Order of Dismissal of the Indictment Without Prejudice** |
| v. | |
| JUSTIN LEWIS, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant JUSTIN LEWIS, contained in the Indictment in case number 2:20-cr-00197-RFB-BNW.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Eric Schmale*
ERIC C. SCHMALE
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against defendant JUSTIN LEWIS, contained in the Indictment in case number 2:20-cr-00197-RFB-BNW. Defendant's personal recognizance bond is hereby exonerated.

DATED this __18th__ day of __April__, 2022.

_____
HONORABLE RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE